UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>          vrs.<br><br>Guillermo Reyes,<br><br>          Defendant. | CASE NO. 06CR1240 DMS<br><br>**ORDER UPON**<br>EX PARTE APPLICATION<br>TO ALLOW COPY CONNECTION<br>TO BILL THE COURT PURSUANT TO<br>THE CRIMINAL JUSTICE ACT<br>FOR THEIR SERVICES<br>(SECOND ORDER) |

GOOD CAUSE APPEARING, authorization is hereby made for the direct payment from CJA financial to Copy Connection for discovery cost in the amount of up to $2,000.00 ~~$3,000.00~~ (three-thousand dollars), in Case No. 06CR1240; and on behalf of defendant, Guillermo Reyes.

SO ORDERED.

_____    Dated: __10-13-06__
HON. DANA M. SABRAW
U.S. DISTRICT JUDGE